UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BETH B. PONTENBERG,

    Plaintiff,

CASE NO.: 99 2516 Civ T 25B

vs.

BOSTON SCIENTIFIC CORPORATION,

    Defendant.
_____/

## CASE MANAGEMENT REPORT

1.     <u>Meeting of Parties</u>: Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A), a meeting was held on February 18, 2000 at 10:30 a.m. via telephone, and was attended by:

    Besty M. Benedict, Esq., Attorney for Plaintiff
    Charles D. Bavol, Esq., Attorney for Defendant

2.     <u>Pre-Discovery Initial Disclosures of Core Information</u>:

    a.     Fed. R. Civ. P. 26(a)(1)(C)&(D) Disclosures *(Local Rule 3.05(d) provides that these disclosures are mandatory in Track Two Cases and optional in other cases unless otherwise ordered by the Court. Complete the following in all Track Two cases and, when applicable, in Track Three Cases)*:

The parties:
    ____ have exchanged (check one)
    __X__ agree to exchange **by: February 29, 2000.**
information described in Fed. R. Civ. P. 26(a)(1)(C)&(D)
    ____ on     (check one)
    ____ by
    _____ (date). Below is a detailed description of information disclosed or scheduled for disclosure.



**SCANNED**

<u>Disclosure description continued:</u>

b. Fed. R. Civ. P. 26(a)(1)(A)&(B) Disclosures <u>(Local Rule 3.05(d) provides that these disclosures are not mandatory except as stipulated by the parties or otherwise ordered by the Court. Complete the following when applicable):</u>

The parties
\_\_\_\_\_ have exchanged     (check one)
\_\_\_\_\_ agree to exchange
information referenced by Fed. R. Civ. P. 26(a)(1)(A)&(B)
\_\_\_\_\_ on     (check one)
\_\_\_\_\_ by
_____ (date). Below is a detailed description of information disclosed or scheduled for disclosure.

3. <u>Discovery Plan - Plaintiff:</u>  The parties jointly propose the following Plaintiff's discovery plan:

   a. <u>Plaintiff's Planned Discovery:</u>  A description of every discovery effort Plaintiff plans to pursue is described below. The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

   (1) <u>Requests for Admission:</u> **Plaintiff expects to serve Requests for Admissions upon completion of written and/or oral discovery for the purpose of eliminating the need for proof of certain factual issues and to authenticate documents.**

   Number of Requests for Admission: Parties may seek to limit the number of Plaintiff's requests for admission in accordance with Fed. R. Civ. P. 26(b)(2). Any such request must be presented by motion. See paragraph 6 below.

   (2) <u>Written Interrogatories:</u>

   **The parties stipulate to 30 interrogatories per party.**

   Number of Interrogatories: Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than

twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts." Any request by Plaintiff to exceed this limit must be presented by motion. See paragraph 6 below.

(3)     Requests for Production or Inspection:

**With respect to all inspections, including inspection of the device in question currently in the custody of counsel for plaintiff, the parties agree to enter into a written protocol.**

(4)     Oral Depositions:

**The parties agree to the Local Rule limit.**

Number of Depositions: Local Rule 3.02(b) provides, "[i]n accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31 (a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." Any request by Plaintiff to exceed this limit must be presented by motion. See paragraph 6 below.

Time Permitted for Each Deposition: (optional) Parties request that, in accordance with Fed. R. Civ. P. 26(b)(2), the Court limit the time permitted for the conduct of each deposition to ___*___ hours, unless extended by agreement of the parties.

**\*5 hours for lay witnesses; as needed for plaintiff and experts**

  b. <u>Disclosure of Expert Testimony:</u> Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that Plaintiff's Fed. R. Civ. P. 26(a)(2) disclosure will be due as noted here:

**May 15, 2000.**

  c. <u>Supplementation of Disclosures and Responses</u>: Parties agree that Plaintiff's supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times:

**90 days after initial disclosure or response date(s).**

  d. <u>Completion of Discovery</u>: Plaintiff will commence all discovery in time for it to be completed on or before **November 15, 2000.**

3

4.  <u>Discovery Plan - Defendant</u>: The parties jointly propose the following Defendant's discovery plan:

   a.  <u>Defendant's Planned Discovery</u>: A description of every discovery effort Defendant plans to pursue is described below. The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

   (1) <u>Requests for Admission:</u> **Defendant expects to serve Requests for Admissions upon completion of written and/or oral discovery for the purpose of eliminating the need for proof of certain factual issues and to authenticate documents.**

   Number of Requests for Admission: Parties may seek to limit the number of Defendant's requests for admission in accordance with Fed. R. Civ. P. 26(b)(2). Any such request must be presented by motion. See paragraph 6 below.

   (2) <u>Written Interrogatories:</u>

   **The parties stipulate to 30 interrogatories. Initial interrogatories will be served by Defendant within 90 days of executing the Case Management Report. Defendant expects to serve additional interrogatories as needed to clarify issues presented by discovery and/or to follow up on deposition testimony.**

   Number of Interrogatories: Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts." Any request by Defendant to exceed this limit must be presented by motion. See paragraph 6 below.

   (3) <u>Requests for Production or Inspection:</u>

   **Defendant will serve initial requests within 90 days of this Case Management Report. Defendant expects that follow up requests may be served periodically to clarify issues presented by discovery or to follow up on deposition testimony. The parties agree to enter into a written agreement as to protocol on any inspection.**

4

(4) <u>Oral Depositions:</u>

**The parties agree to the Local Rule limit.**

Number of Depositions: Local Rule 3.02(b) provides, "[i]n accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31 (a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." Any request by Defendant to exceed this limit must be presented by motion. See paragraph 6 below.

Time Permitted for Each Deposition: (optional) Parties request that, in accordance with Fed. R. Civ. P. 26(b)(2), the Court limit the time permitted for the conduct of each deposition to _____ hours for lay witnesses, unless extended by agreement of the parties.

b. <u>Disclosure of Expert Testimony:</u> Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that Defendant's Fed. R. Civ. P. 26(a)(2) disclosure will be due as noted here:

**July 15, 2000.**

c. <u>Supplementation of Disclosures and Responses:</u> Parties agree that Defendant's supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times:

**90 days after initial disclosure or response date(s).**

d. <u>Completion of Discovery:</u> Defendant will commence all discovery in time for it to be completed on or before **November 15, 2000.**

5. <u>Joint Discovery Plan - Other Matters</u>: Parties agree on the following other matters relating to discovery (e.g., handling of confidential information, assertion of privileges, whether discovery should be conducted in phases or be limited to or focused upon particular issues):

**Plaintiff will enter into an agreement as to confidentiality on discovery materials.**

6. <u>Disagreement or Unresolved Issues Concerning Discovery Matters:</u> Any disagreement or unresolved issue concerning discovery matters must be made the subject of a separate motion to be filed not later than eleven days after the filing of the Case Management Report. Such disagreement or unresolved issue will not excuse the establishment of discovery completion dates.

5

**The parties will submit a joint motion for allowance of 30 interrogatories per party.**

      7.    <u>Third Party Claims, Joinder of Parties, Potentially Dispositive Motions:</u> Parties agree that the final date for filing motions for leave to file third party claims, motions to join parties, motions for summary judgment, and all other potentially dispositive motions should be **October 1, 2000**. (Note time limit in Local Rule 4.03.)

      8.    <u>Settlement and Alternative Dispute Resolution:</u> Parties agree that settlement is:

    __X__ likely (check one)
    _____ unlikely.

Parties agree to consent to binding arbitration pursuant to Local Rules 8.02(a)(3) and 8-05(b).
_____ yes __X__ no _____ likely to agree in future

Parties agree to participate in court annexed mediation as detailed in Chapter Nine of the Court's Local Rules. _____ yes __X__ no _____ likely to agree in future. If yes, the order of referral described in Local Rule 9.04 should be entered by the court on date designating name to serve as mediator. The parties agree to mediate the case privately prior to the final Pretrial Conference.

Parties agree to consent to trial presided over by United States Magistrate Judge.
_____ yes __X__ no _____ likely to agree in future

**\*If parties do agree to consent, please complete the consent form included with this report and file with the Clerk.**

Parties intend to pursue the following other methods of alternative dispute resolution:

**The parties are likely to agree to private mediation by agreement.**

In accordance with Local Rule 3.05(c)(2)(C)(v), parties agree that if they do not report to the Court that the case has settled on or before _____\*_____ (date), parties will apply for an order invoking Court annexed arbitration (Chapter Eight of Local Rules) or Court annexed mediation (Chapter Nine of Local Rules) on that date.

**\*The parties likely to agree to mediate privately prior to the final Pretrial Conference.**

9. <u>Preliminary Pretrial Conference:</u>

Track Three Cases: Local Rule 3.05(c)(3)(E3) provides that preliminary pretrial conferences are mandatory in Track Three Cases.

Track Two Cases: Parties
_____ request (check one)
__X__ do not request
a preliminary Pretrial Conference before entry of a Case Management and Scheduling Order in this Track Two case. Unresolved issues to be addressed at such a conference include:

10. <u>Final Pretrial Conference and Trial:</u> Parties agree that they will be ready for a final Pretrial Conference on or after **January 15, 2001** (date) and for trial on or after **February 15, 2001** (date). Trial is expected to take approximately __80*__ hours. This case is scheduled for __X__ jury/or _____ non-jury trial.

**\*This initial estimate may change as discovery proceeds.**

11. <u>Pretrial Disclosures and Final Pretrial Procedures:</u> Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed. R. Civ. P. 26(a)(3) and final pretrial procedures requirements in Local Rule 3.06.

12. <u>Others Matters:</u>

Date: February 18, 2000

_____
Betsy L. ~~Betsy L.~~ Benedict
Solomon & Benedict, P.A.
**3000 Nations Bank Plaza**
**400 N. Ashley Drive**
Tampa, Florida 33602
Attorneys for Plaintiff
Florida Bar 813036
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)

_____
Charles D. Bavol
Florida Bar No. 776701
Bavol Bush & Sisco, P.A.
100 S. Ashley Drive, Suite 2100
Tampa, Florida 33602
Attorneys for Defendant

7