

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 MAR 16 AM 10: 01

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

BETH B. PONTENBERG,

    Plaintiff(s),

v.                                  Case No. 8:99-CV-2516-T-25B

BOSTON SCIENTIFIC CORPORATION,

    Defendant(s).
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

This cause came on for consideration concerning completion of discovery and the scheduling of pre-trial procedures and trial, and the Court having considered the positions of the parties, it is

ORDERED:

1. Parties are directed to meet the agreed upon terms and time limits in the parties' Case Management Report, except as noted below:

    Expert witness disclosure deadline is September 1, 2000.
    Discovery cut-off date is October 2, 2000.*
    Dispositive motion filing deadline is November 2, 2000.
    Pre-trial conference is set March 30, 2001 at 10:30 A.M.
    Trial term begins April 30, 2001.

*The parties may agree among themselves to extend discovery if they deem necessary. However, no other deadlines under this order will be extended as a result of their agreement.

2. Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures. <u>A copy of the Pretrial Stipulation shall be provided directly to judge's chambers.</u>

3. Motions to amend any pleading or a motion for continuance of any pretrial conference, hearing, or trial filed after issuance of this Case Management and Scheduling Order are disfavored. (See Local Rule 3.05(c)(2)(E) and Local Rule 3.05(c)(3)(D).

4. A pre-trial conference will be held in **Tampa, Florida**, on the **30th day of March, 2001, at 10:30 A.M.**

5. This case is set for **jury** trial in Tampa, Florida during the trial term beginning **April 30, 2001.**

6. In order that the intended purposes of the pre-trial procedure are accomplished, all meetings of counsel, including the pre-trial conference, shall be attended by counsel who will participate in the trial of the case and is vested with full authority to make and solicit disclosures and agreements touching all matters pertaining to the trial.

DONE and ORDERED this __15__ day of March, 2000.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Distribution:
-Original in Court file
-Copy to counsel and unrepresented
   parties
-Judge's secretary
-Courtroom deputy